IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FREDRICK ANTONIO WHITEHEAD**                                    **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO. 1:08cv323-JMR**

**PEARL RIVER COUNTY SHERIFF'S
DEPARTMENT and DAVID ALLISON, SHERIFF**                  **DEFENDANTS**

___

## FINAL JUDGMENT

This matter came on to be heard on the Motion [37-1] to Dismiss or in the Alternative for Summary Judgment and Qualified Immunity filed by Defendants, on June 29, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 15th day of September, 2009.

                                                       s/ John M. Roper, Sr.
                                           CHIEF UNITED STATES MAGISTRATE JUDGE